1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JENNIFER BURNLEY, individually and        Case No.:  23-CV-2037 JLS (BLM)
   | on behalf of others similarly situated,

12 |                                            **ORDER REGARDING PLAINTIFF'S**
13 |                                 Plaintiff,  **RESPONSE TO THE COURT'S**
                                                **DECEMBER 11, 2023 ORDER TO**
14 | v.                                         **SHOW CAUSE**

15 | MIDLAND CAPITAL MANAGEMENT,                (ECF No. 17)
   | INC.,
16

17 |                                 Defendant.

18

19        On December 11, 2023, this Court ordered Plaintiff Jennifer Burnley to show cause

20 why this action should not be dismissed for failure to timely effect service in accordance

21 with Federal Rule of Civil Procedure 4(m).  *See* ECF No. 16 ("OSC").  Presently before

22 the Court is Plaintiff's Response to the OSC ("Resp.," ECF No. 17).  Plaintiff explains that

23 she believed she had additional time to complete service because this case—though

24 initiated on August 30, 2023, *see* ECF No. 1—was not transferred to this District until

25 November 3, Resp. at 1.  Plaintiff also "did not believe it was proper to serve Defendant"

26 Midland Capital Management, Inc., "until the case was accepted in the Southern District

27 and she could obtain a summons."  *Id.*  Plaintiff admits that she "inadvertently did not

28 request a summons to effect service on Defendant."  *Id.*

1

1    Pursuant to Rule 4(m), if a plaintiff "shows good cause for the failure" to effect

2  service, "the court must extend the time for service for an appropriate period."

3  Fed. R. Civ. P. 4(m).  "Additionally, the rule permits the district court to grant an extension

4  even in the absence of good cause." *Efaw v. Williams*, 473 F.3d 1038, 1040 (9th Cir. 2007)

5  (emphasis omitted).  In determining whether to grant an extension under Rule 4(m), the

6  Court "looks to: (1) the length of the delay; (2) the reason for the delay; (3) any prejudice

7  to [d]efendants because of the delay; and (4) any prejudice to Plaintiff if the case were to

8  be dismissed."   *James v. Cnty. of Sacramento*, No. 2:18-CV-00180-TLN-DB,

9  2022 WL 2533484, at *4 (E.D. Cal. July 7, 2022) (citing *Efaw*, 473 F.3d at 1041).

10    On balance, the above factors weigh in favor of granting Plaintiff an extension.  The

11  first militates in Plaintiff's favor, as she requests only a short extension.  *See* Resp. at 2.

12  But the second weighs against her; "inadvertence of counsel" generally "does not qualify

13  as good cause" for failure to comply with Rule 4's requirements.  *See Wei v. Hawaii*,

14  763 F.2d 370, 372 (9th Cir. 1985).  That said, the Court notes Plaintiff's prompt response

15  to the OSC and the potential confusion caused by this case's transfer.  The remaining two

16  factors both favor Plaintiff.  The Court sees little to suggest that a brief extension risks

17  prejudice to Defendant.  On the other hand, dismissing the case would prejudice Plaintiff

18  because the statute of limitations has run on her claims.  *See* Resp. at 2; *Efaw*, 473 F.3d

19  at 1041 ("[A] district court may consider factors 'like a statute of limitations bar . . . .'"

20  (quoting *Troxell v. Fedders of N. Am., Inc.*, 160 F.3d 381, 383 (7th Cir. 1998)).

21    Good cause appearing, the Court **GRANTS** Plaintiff's request for an extension of

22  time to effect service.  Plaintiff **SHALL SERVE** Defendant by January 8, 2024, and

23  **SHALL FILE** proof of service promptly.  Should Plaintiff comply with this Order, the

24  OSC will be discharged without further action from this Court.  Should Plaintiff fail to

25  / / /

26  / / /

27  / / /

28  / / /

2

1   serve Defendant within the allotted time, the Court will dismiss this action without
2   prejudice for failure to timely effect service.

3       **IT IS SO ORDERED.**

4   Dated:  December 15, 2023

Hon. Janis L. Sammartino
United States District Judge

23-CV-2037 JLS (BLM)