ROBERT SIBILIA S.B.N. 126979
Oceanside Law Center
P.O. Box 861
Oceanside, CA 92049
Tel: (818) 478-8205
Fax: (818) 698-0300
Email: robert@oceansidelawcenter.com
Attorney for Plaintiff and the Proposed Class

THOMAS F. LANDERS, Bar No. 207335
Solomon Ward Seidenwurm & Smith LLP
401 B Street Suite 1200
San Diego, CA 92101
Tel: 619.231.0303
Email: tlanders@swsslaw.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER BURNLEY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>Defendants. | **Case No.: 23-cv-2037 JLS (BLM)**<br><br>**JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.** |

Plaintiff Jennifer Burnley ("Plaintiff") and Defendant Midland Credit Management, Inc. ("Defendant") respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff and Defendant hereby jointly move to dismiss with prejudice all of Plaintiff's individual claims in this action as to Defendant, based on a private, confidential settlement agreement. Plaintiff and Defendant also jointly move to dismiss without prejudice Plaintiff's putative class claims. Accordingly, the parties respectfully request that this

Court dismiss Plaintiff's individual claims against Defendant with prejudice and the putative class claims without prejudice, and both without attorneys' fees and costs.

Dated: June 6, 2024         Respectfully submitted,

/s/ Robert Sibilia
ROBERT SIBILIA S.B.N. 126979
Oceanside Law Center
P.O. Box 861
Oceanside, CA 92049
Tel: (818) 478-8205
Fax: (818) 698-0300
Email: robert@oceansidelawcenter.com
Attorney for Plaintiff and the Proposed Class

/s/ Thomas Landers
THOMAS F. LANDERS, Bar No. 207335
Solomon Ward Seidenwurm & Smith LLP
401 B Street Suite 1200
San Diego, CA 92101
Tel: 619.231.0303
Email: tlanders@swsslaw.com
Attorneys for Defendant